IN THE UNITED STATES COURT OF FEDERAL CLAIMS

| | | |
|---|---|---|
| EDWARD J. ALLGEYER and<br>CARL J. ALLGEYER,<br><br>Plaintiffs,<br><br>v.<br><br>THE UNITED STATES,<br><br>Defendant. | ) | Case No. 06-261C<br>(Judge Williams) |

DEFENDANT'S UNOPPOSED MOTION FOR ENLARGEMENT OF TIME OUT OF TIME

Defendant respectfully requests an enlargement of time, to and including June 28, 2006, within which to respond to plaintiffs' complaint. Defendant's answer was due on May 30, 2006. This is our first request for an enlargement of time for this purpose. Plaintiffs' counsel has authorized us to state that plaintiffs do not oppose this motion.

This case is one of approximately 260 related suits filed in this Court since August 6, 2004, and one of 13 cases in which answers were due on May 30, 2006. As was true of the other related suits, the parties agreed to file joint motions to stay these cases, pending Alternative Dispute Resolution ("ADR") proceedings before Judge Horn, to whom these cases had been referred pursuant to the Court's ADR pilot program. Two of these 13 cases were stayed by the Court sua sponte. In all of the others, except this case, the parties filed joint motions to stay, all of which were granted. Inadvertently, the parties omitted filing a stay motion in this case. Government counsel did not discover this omission until June 26, 2006.

If, as we anticipate, a joint motion to stay this case is filed on or before June 28, 2006, the request will be to stay all proceedings, which would defer responsive pleading until the expiration of the stay, as in the other related cases discussed above. In any event, the enlargement of time that we are requesting will not cause any delay in the resolution of this

action. In fact, in the course of recent ADR sessions before Judge Horn, the attorneys for the parties resolved the principal issues involved in settling these cases, and hope to submit a proposed settlement agreement for final approval by both parties in the near future.

For the foregoing reasons, we respectfully request that our motion for an enlargement of time be granted.

Respectfully submitted,

PETER D. KEISLER
Assistant Attorney General

**s/David M. Cohen**
DAVID M. COHEN
Director

**s/Shalom Brilliant**
SHALOM BRILLIANT
Senior Trial Counsel
Commercial Litigation Branch
Civil Division
Department of Justice
1100 L Street, N.W.
Attn: Classification Unit
8th Floor
Washington, D.C. 20530
Telephone: (202) 305-7561
Facsimile: (202) 305-7643

Attorneys for Defendant

**Filed Electronically**

June 27, 2006