# In the United States Court of Federal Claims

**No. 06-261C**
**(Filed June 28, 2006)**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

**EDWARD J. ALLGEYER and**
**CARL J. ALLGEYER,**

**Plaintiffs,**

**v.**

**THE UNITED STATES,**

**Defendant.**

* * * * * * * * * * * * * * * * * * * * * * * * * * * *

---

## ORDER STAYING PROCEEDINGS

---

On June 28, 2006, pursuant to Rules 1 and 7(b) of the Rules of the United States Court of Federal Claims, the parties requested that the Court stay further proceedings in this matter while certain related cases remain in the Court's Alternative Dispute Resolution (ADR) pilot program. Good cause having been shown, this motion is **GRANTED.** The Court hereby stays further proceedings in this action until 14 days after the conclusion of ADR. The parties shall file a Joint Status Report every 90 days reporting on the progress of the ADR. The first such status report is due on **September 26, 2006**.

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**

s/Mary Ellen Coster Williams
**MARY ELLEN COSTER WILLIAMS**
**Judge**